IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**MAE ELLA JORDAN**                                                                                         **PLAINTIFF**

**v.**                                       **NO. 2:10CV00065 BSM**

**RAY NASSAR, et al**                                                                                   **DEFENDANTS**

## ORDER

Mae Ella Jordan is hereby authorized to bring a cell phone into the United States Courthouse in Helena between Monday, April 25, 2011, and Tuesday, April 26, 2011, subject to the following rules:

(a) The device mentioned above may not be used to record, photograph, or film anyone or anything inside the courthouse.

(b) Cell phones must be turned off and put away when in the courtroom.

(c) Before persons with electronic devices are granted entry into the courthouse, all devices must be examined by the United States Marshals Service or Court Security Personnel. This examination includes, but is not limited to placing the device through electronic screening machines and requiring the person possessing the device to turn the power to the device off and on.

(d) The United States Marshals Service may further restrict electronic devices from entering the building should a threat assessment so dictate.

A violation of paragraph (a) or (b) may result in seizure of the electronic device, withdrawal of the privilege to bring an electronic device into the courthouse, or other

sanctions. A violation of the prohibition on recording, photographing, or filming anyone or anything inside the courthouse may be punished as contempt of court.

    IT IS SO ORDERED this 22th day of April, 2011.

                                                                                             UNITED STATES DISTRICT JUDGE