UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

**MAE ELLA JORDAN**                                                      **PLAINTIFF**

v.                              **CASE NO. 2:10cv00065 BSM**

**HUGHES SCHOOL DISTRICT**                                    **DEFENDANT**

## JUDGMENT

In accordance with the findings of fact and conclusions of law entered today, judgment is entered in favor of defendant Hughes School District. Mae Ella Jordan's complaint is therefore dismissed with prejudice.

IT IS SO ORDERED this 28th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE